# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WILLIAM FARRELL,

    Petitioner,

vs.

STATE OF NEVADA, *et al.*,

    Respondents.

3:12-cv-0033-LRH-VPC

**ORDER**

Petitioner has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, but he has failed to simultaneously submit either a motion for leave to proceed *in forma pauperis* or payment of the $5.00 filing fee.  Petitioner shall be sent a motion for leave to proceed *in forma pauperis* form, should he wish to apply for pauper status, and alternatively be given an opportunity to pay the requisite filing fee.

**IT IS THEREFORE ORDERED** that the Clerk shall send to petitioner a new motion for leave to proceed *in forma pauperis* form and instructions therefor.  Petitioner shall have **thirty (30) days** from the date of entry of this order within which to file a motion for leave to proceed *in forma pauperis*.  Alternatively, petitioner shall have **thirty (30) days** from the date of entry of this order within which to have prison officials deduct from his inmate account and send to the Clerk of Court the full $5.00 filing fee.  Failure to do so may result in the dismissal of this action.

Dated this 26th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE